UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

REGINALD BUDDY RINGGOLD III

    Plaintiff(s),

vs.

FREEDOM FINANCIAL NETWORK LLC,

    Defendant(s).

No. C 10-1531 MHP

**ORDER DENYING REQUEST FOR APPOINTMENT OF COUNSEL**

The court does not appoint counsel at this stage of the action. At the first Case Management Conference the court will address the issue of appointment of counsel which usually occurs after some development of the case so that the court can make an assessment of the merits.

Accordingly,

IT IS HEREBY ORDERED that the motion for appointment of counsel is DENIED without prejudice to revisiting the motion at the appropriate time in the litigation.

Date  May 6, 2010

MARILYN HALL PATEL
United States District Court Judge
Northern District of California