IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REGINALD BUDDY RINGGOLD III,          No. CV 10-01531 MHP

    Plaintiff,

**JUDGMENT IN A CIVIL CASE**

v.

FREEDOM FINANCIAL NETWORK LLC,

    Defendant.
_____/

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** defendant's motion to dismiss is GRANTED with prejudice.

Dated: August 13, 2010          Richard W. Wieking, Clerk

        By: Anthony Bowser
           Deputy Clerk